UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JUARIQUE RIVAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMS, et al.,<br><br>　　　　Defendant. | No. 1:19-cv-00328-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 14) |

Plaintiff Daniel Juarique Rivas is a state prisoner appearing *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action proceed only on plaintiff's Eighth Amendment deliberate indifference claims against defendants Williams and Campos and that his remaining claims be dismissed for failure to state cognizable claims. (Doc. No. 14.) The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days. (*Id.* at 7.) On March 9, 2020, plaintiff notified the court of his willingness to proceed only on the claims found by the magistrate judge to be cognizable, and that he "elects to raise no objections" to the findings and recommendations. (Doc. No. 15 at 1.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The February 28, 2020 findings and recommendations (Doc. No. 14) are adopted in full;
2. This action now proceeds only on plaintiff's Eighth Amendment deliberate indifference claims against defendants Williams and Campos;
3. All other claims and defendants are dismissed from this action for failure to state a cognizable claim for relief; and
4. This matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **April 7, 2020**

UNITED STATES DISTRICT JUDGE